UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-8507-MWF(JEMx)**                    Dated: **March 21, 2018**

Title:        United States of America -*v*- $96,060.00 In U.S. Currency
_____

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Rita Sanchez                          None Present
        Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                          None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT
                            JUDGMENT

        In light of the Default By Clerk [17] entered on March 13, 2018, the Court sets a
hearing for Order To Show Cause Re Default Judgment for April 23, 2018 at 11:30 a.m.  If a
Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show
Cause will be discharged, and no appearance will be necessary.

        Any Motion for default judgment must comply with the Court's Procedures and
Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

        IT IS SO ORDERED.


MINUTES FORM 90                          Initials of Deputy Clerk   rs
CIVIL - GEN
                            -1-